**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Robert Thurman Shiflett**<br>First Name Middle Name Last Name | Social Security number or ITIN | **xxx−xx−9703** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | <br>First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court **Western District of Virginia**

Case number: **16−61649**

## Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Robert Thurman Shiflett

11/9/16

**By the court:** Rebecca B. Connelly
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Virginia

In re:
Robert Thurman Shiflett
Debtor

Case No. 16-61649-rbc
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0423-6    User: admin    Page 1 of 2    Date Rcvd: Nov 09, 2016
Form ID: 318    Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2016.

db +Robert Thurman Shiflett, 160 Deep Step Drive, Ruckersville, VA 22968-2301
4317975 +Credit Control Corp, Po Box 120568, Newport News, VA 23612-0568
4317978 +Jeremy S Williams, Esq, Kutak Rock LLP, 1111 Main Street, Suite 800, Richmond, VA 23219-3521
4317979 +Kramer &Nartey, LLC, 9210 Corporate Blvd, Suite 350, Rockville, MD 20850-6498
4325240 +Samuel I. White, P.C., 1804 Staples Mill Road, Suite 200, Richmond, VA 23230-3530
4317980 Sentara Collections, PO Box 79698, Baltimore, MD 21279-0698
4317981 +Sentara Martha Jefferson Hospital, 500 Martha Jefferson Drive, Charlottesville, VA 22911-4668
4317984 UVA Imaging, PO Box 637248, Cincinnati, OH 45263-7248
4317985 UVA Physicians Group, P.O. Box 9007, Charlottesville, VA 22906-9007
4317983 +University of Virginia Medical Cent, PO Box 8000750, Charlottesville, VA 22908-0001
4317986 +Valley Credit Service, Po Box 7090, Charlottesville, VA 22906-7090
4317989 ++WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 (address filed with court: Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701)
4317988 +Wells Fargo Financial Natl Bank, Glasser and Glasser, PLC, PO Box 3400, Norfolk, VA 23514-3400
4317991 +Wildwood Valley Property Owners’ As, PO Box 273, Ruckersville, VA 22968-0273

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

4317973 +E-mail/Text: bankruptcy@cavps.com Nov 09 2016 21:46:56 Cavalry SPV I, LLC, 500 Summitt Lake Drive, Suite 400, Valhalla, NY 10595-1340
4317974 +EDI: CHASE.COM Nov 09 2016 21:38:00 Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850-5298
4317976 +EDI: DISCOVER.COM Nov 09 2016 21:38:00 Discover Financial, Po Box 3025, New Albany, OH 43054-3025
4317977 EDI: IRS.COM Nov 09 2016 21:38:00 Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346
4317982 +E-mail/Text: carolyn.webb@bankatunion.com Nov 09 2016 21:46:59 Union Bank & Trust, 24010 Partnership Boulevard, PO Box 940, Ruther Glen, VA 22546-0940
4317987 E-mail/Text: bkr@taxva.com Nov 09 2016 21:47:00 Virginia Department of Taxation, Bankruptcy Unit, PO Box 2156, Richmond, VA 23218-2156
4317990 +EDI: WFFC.COM Nov 09 2016 21:38:00 Wells Fargo Home Projects Visa, Written Correspondence Resolutions, Mac#X2302-04c Po Box 10335, Des Moines, IA 50306-0335

TOTAL: 7

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

cr Wells Fargo Bank, N.A.,

TOTALS: 1, * 0, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary’s privacy policies.**

Date: Nov 11, 2016    Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email) system on November 9, 2016 at the address(es) listed below:

Johnie Rush Muncy on behalf of Creditor Wells Fargo Bank, N.A., jmuncy@siwpc.com, drubin@siwpc.com;ewhite@siwpc.com;klane@siwpc.com;bjordan@siwpc.com;mfreeman@siwpc.com;ecfva1@siwpc.com;ecfva2@siwpc.com;ecfva3@siwpc.com;npatel@siwpc.com;SIWPC@ecf.courtdrive.com

Michael T. Freeman on behalf of Creditor Wells Fargo Bank, N.A., mfreeman@siwpc.com, ewhite@siwpc.com;klane@siwpc.com;bjordan@siwpc.com;jmuncy@siwpc.com;ecfva1@siwpc.com;ecfva2@siwpc.com;ecfva3@siwpc.com;npatel@siwpc.com;SIWPC@ecf.courtdrive.com

District/off: 0423-6 User: admin Page 2 of 2 Date Rcvd: Nov 09, 2016
Form ID: 318 Total Noticed: 21

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Nisha Ryan Patel on behalf of Creditor Wells Fargo Bank, N.A., npatel@siwpc.com, jmuncy@siwpc.com;drubin@siwpc.com;bjordan@siwpc.com;klane@siwpc.com;ewhite@siwpc.com;mfreeman@siwpc.com;ecfva1@siwpc.com;ecfva2@siwpc.com;ecfva3@siwpc.com;SIWPC@ecf.courtdrive.com
Shannon T Morgan on behalf of Debtor Robert Thurman Shiflett SMorgan@TGBLaw.com
USTrustee USTPRegion04.RN.ECF@usdoj.gov
W Stephen Scott(80) wsscott7trustee@earthlink.net, VA01@ecfcbis.com

TOTAL: 6